IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER VICENTE. ARCE,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC HOLDER, U.S. Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, TIMOTHY AIKEN, Field Director of Detention and Removal Immigration and Customs Enforcement,<br><br>    Defendants.<br>_____/ | No. C 12-04063 WHA<br><br>**ORDER SETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS AND EMERGENCY REQUEST FOR STAY OF DEPORTATION** |

    Petitioner Ever Vicente Arce, who is represented by counsel, has filed a petition for writ of habeas corpus and emergency request for stay of deportation. The petition states that petitioner is subject to a final order of removal, but it does not indicate the expected date of deportation. The petition also states that petitioner filed a request for stay of deportation before the Board of Immigration Appeals on July 30, 2012, but the BIA has not yet acted on the request. Counsel shall file a written statement by **8:00 A.M. ON AUGUST 3, 2012,** indicating the expected date of deportation. If the date of deportation is not known, counsel shall so state. Counsel shall also state whether the BIA has set a briefing schedule and hearing date for petitioner's request for stay of deportation. A hearing on the petition for writ of habeas corpus and emergency request

for stay of deportation will be held at **10:00 A.M. ON AUGUST 3, 2012,** before Judge Susan Illston. Counsel shall serve this order and the petition on defendants before tomorrow's hearing.

**IT IS SO ORDERED.**

Dated: August 2, 2012.



SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

for W. Alsup, DJ