IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVER VICENTE ARCE,

    Petitioner,

v.

ERIC HOLDER, U.S. Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, TIMOTHY AIKEN, Field Director of Detention and Removal Immigration and Customs Enforcement,

    Respondents.

No. C 12-04063 WHA

**ORDER RESCHEDULING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS AND EMERGENCY REQUEST FOR STAY OF DEPORTATION AND REQUIRING APPEARANCE OF BOTH PARTIES AT AUGUST 6 HEARING**

Counsel for petitioner did not appear at the hearing set for 8:00 a.m. today. Counsel informed the courtroom deputy he was unavailable due to another court appearance. The hearing is rescheduled for **10:00 A.M. ON AUGUST 6, 2012**, before the undersigned judge. Petitioner must serve this order on respondents by **5:00 P.M. TODAY**. Respondents shall appear at the August 6 hearing.

**IT IS SO ORDERED.**

Dated: August 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE