IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER VICENTE ARCE,<br><br>Petitioner,<br><br>v.<br><br>ERIC HOLDER, U.S. Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, TIMOTHY AIKEN, Field Director of Detention and Removal Immigration and Customs Enforcement,<br><br>Respondents.<br>_____ / | No. C 12-04063 WHA<br><br>**ORDER RESCHEDULING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS AND EMERGENCY REQUEST FOR STAY OF DEPORTATION AND REQUIRING APPEARANCE OF BOTH PARTIES AT AUGUST 6 HEARING** |

Counsel for petitioner did not appear at the hearing set for 8:00 a.m. today. Counsel informed the courtroom deputy he was unavailable due to another court appearance. The hearing is rescheduled for **10:00 A.M. ON AUGUST 6, 2012**, before the undersigned judge. Petitioner must serve this order on respondents by **5:00 P.M. TODAY**. Respondents shall appear at the August 6 hearing.

**IT IS SO ORDERED.**

Dated: August 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE